UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN CABOT, | : |
| | : |
|     Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-15-0900 |
| | : |
| WARDEN MAIORANA, et al., | : (Judge Kosik) |
| | : |
|     Respondents | : |

## **ORDER**

**AND NOW, THIS 9th DAY OF JULY, 2015, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus is **denied**.

2. The Clerk of Court is directed to **close this case**.

                                            s/Edwin M. Kosik
                                            EDWIN M. KOSIK
                                            United States District Judge